IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br><br>Defendants. | C.A. No. 09-841 (SLR) (MPT)<br>CONSOLIDATED |

### STIPULATION AND [PROPOSED] ORDER OF INFRINGEMENT AND A COVENANT AS TO CERTAIN CLAIMS

Plaintiffs Takeda Pharmaceutical Company Ltd. and Takeda Pharmaceuticals North America, Inc. ("Takeda"), by their undersigned counsel, and Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. ("Teva"), by their undersigned counsel, in order to narrow the issues in dispute in this case, agree as follows:

1. Teva has filed Abbreviated New Drug Application No. 91-693 ("ANDA No. 91-693") with the United States Food and Drug Administration ("FDA") in which it has sought approval to engage in the commercial manufacture, use, or sale of tablets containing the active pharmaceutical ingredient ramelteon;

2. Teva, its subsidiaries, affiliates, successors, assigns, and agents, stipulate that they will not contest before this Court or on appeal that any ramelteon product that is the subject of ANDA No. 91-693, including current and future amendments and supplements

thereto, falls within the scope, either literally and/or under the doctrine of equivalents, of claims 25, 34, 35, 36, and 40 of United States Patent No. 6,034,239 ("the '239 patent");

3. Teva, its subsidiaries, affiliates, successors, assigns, and agents, stipulate that the making, using, offering for sale, selling, or importation into the United States of any ramelteon product that is the subject of ANDA No. 91-693, including current and future amendments and supplements thereto, prior to the expiration of the '239 patent, will infringe, directly or indirectly, claims 25, 34, 35, 36, and 40 of the '239 patent provided that those claims are not proven invalid; and

4. Takeda, its subsidiaries, affiliates, successors, assigns, and agents, covenants that it will not assert that the making, using, offering for sale, selling, or importation into the United States of any ramelteon product that is the subject of ANDA No. 91-693, as that ANDA was produced by Teva in this litigation, infringes the claims of the '239 patent that are not claims 25, 34, 35, 36, and 40.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN & SPENCE, PA. |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Megan Haney* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br>(302) 658-9200<br>jblumenfeld@mnet.com<br>rsmith@mnat.com | John C. Phillips, Jr. (#110)<br>Megan C. Haney (# 5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgslaw.com<br>mch@pgslaw.com |

OF COUNSEL:

Bruce M. Wexler
Joseph M. O'Malley, Jr.
Preston K. Ratliff II
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY  10022
(212) 318-6000

*Attorneys for Plaintiffs*
*Takeda Pharmaceutical Company Ltd. and Takeda Pharmaceuticals North America, Inc.*

4126835

OF COUNSEL:

Tracey B. Davies
VINSON & ELKINS L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746
(512) 542-8619

Madeline F. Baer
Stephanie Lollo
Vinson & Elkins L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY 10103
(212) 237-0032

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

SO ORDERED:

_____    Date: _____
                          J.